UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DONOVAN REILLY,**

   Plaintiff,

v.                                                                                                                  **No. 4:25-cv-00473-P**

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 25. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

Defendant's Motion for Remand (ECF No. 20) be **GRANTED**. Accordingly, the decision below is hereby **REVERSED,** and this case is hereby **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Additionally, upon remand the Defendant shall offer Plaintiff the opportunity for a new hearing.

**SO ORDERED** on this **23rd day of December 2025.**

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE